Hernandez v Samouha (2024 NY Slip Op 04604)

Hernandez v Samouha

2024 NY Slip Op 04604

Decided on September 26, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 26, 2024

Before: Webber, J.P., Kern, Oing, González, Rosado, JJ. 

Index No. 153558/18 Appeal No. 2625 Case No. 2024-03060 

[*1] Domingo A. Hernandez, Plaintiff-Respondent, 
v
Moshe Samouha, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (John J. Kelly, J.), entered on April 18, 2024, and bringing up for review an order, entered on or about March 23, 2023, same court (James d' Auguste, J.),
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated September 16, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: September 26, 2024